**Martiniano PACHECO–TELLEZ,
Petitioner—Appellant,**

v.

**Michael B. MUKASEY, Attorney General; Michael Chertoff, U.S. DHS Secretary, Respondents—Appellees.**

No. 05–17383.

United States Court of Appeals,
Ninth Circuit.

Submitted April 22, 2008.*

Filed May 5, 2008.

Martiniano Pacheco–Tellez, Eloy, AZ, for Petitioner–Appellant.

Cynthia M. Parsons, USPX–Office of the U.S. Attorney, Phoenix, AZ, for Respondents–Appellees.

R.App. P. 34(a)(2).

Before: GRABER, FISHER, and BERZON, Circuit Judges.

MEMORANDUM **

Martiniano Pacheco–Tellez, a native and citizen of Mexico, appeals pro se from the district court's order dismissing his petition for a writ of habeas corpus. We have jurisdiction under 28 U.S.C. §§ 1291 and 2253(a), *Puri v. Gonzales,* 464 F.3d 1038, 1040 (9th Cir.2006), and we affirm.

Reviewing de novo, *id.,* we conclude that the district court lacked jurisdiction over Pacheco–Tellez's petition because it was filed on November 14, 2005, after the REAL ID Act's effective date. *See id.* at 1041 ("[A]fter May 11, 2005, the only means for judicial review of Puri's removal order was a petition for review in this court."). Moreover, Pacheco–Tellez exercised his right to file a petition for review, which we dismissed in *Pacheco–Tellez v. Gonzales,* No. 05–71741 (9th Cir. July 21, 2005) (order). *See Puri,* 464 F.3d at 1043 (declining to transfer habeas petition and noting that "Puri was aware of the proper procedure for review, as evidenced by the fact that he also filed a petition for review with this court").

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.